

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/10/2018 01:45 PM

COURTROOM 6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:18-bk-03127-CCJ | 13 | 05/25/2018 |

Chapter 13

**DEBTOR:** Timothy Van Dyke

**DEBTOR ATTY:** A Black

**TRUSTEE:** Laurie Weatherford

**HEARING:**

Motion by U.S. Bank for Prospective for Relief from Stay Re: 1716 N Shore Terrace, Orlando,. solely as Trustee NRZ PASS-THROUGH TRUST X (Doc #8)
Response by Debtor (Doc #24)
Note: Prior Case(s):   17-01435, Chapter 13 filed in Florida Middle Bankruptcy Court on 03/07/2017 , Dismissed for Failure to File Information on 03/27/2017
18-01568, Chapter 13 filed in Florida Middle Bankruptcy Court on 03/22/2018 , Dismissed for Failure to File Information on 04/10/2018

**APPEARANCES:**: Ana De Villiers: Trustee; A Clifton Black: Debtor Atty
 TELEPHONIC AAPPEARANCES: : Leslie Rushing: Nationstar Atty

**RULING:** Motion by U.S. Bank for Prospective for Relief from Stay Re: 1716 N Shore Terrace, Orlando,. solely as Trustee NRZ PASS-THROUGH TRUST X   (Doc #8) - Con't to 8/14/18 @ 2:00 pm (AOCNFNG); Con't to allow debtor's new counsel time to review the case.
 (WC)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.