UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No.: 6:18-bk-03127-CCJ
Chapter: 13

Timothy J. Van Dyke,

    Debtor.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Agreed Order Denying U.S. Bank's Motion for Reconsideration as Moot** (**ECF No. 60**) was served on all interested parties via the CM/ECF filing system or to the addressees as indicated on the attached Service List.

Dated: October 13, 2018

    Respectfully submitted,

    */s /Leslie Rushing*
    Leslie Rushing, Esq.
    Florida Bar No. 98106
    Quintairos, Prieto, Wood & Boyer, PA
    1475 Centrepark Blvd., Suite 130
    West Palm Beach, FL 33401
    Phone: (561) 686-1880
    Fax: (561) 686-1886
    Primary Email:
    leslie.rushing@qpwblaw.com
    Secondary Email:
    flmdbknotices@qpwblaw.com

## **CERTIFICATE OF SERVICE**

      I certify that I have caused to be served a copy of the foregoing Proof of Service, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: October 13, 2018                  /s/ Leslie Rushing
                                               Leslie Rushing, Esq.
                                               Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

A Clifton Black
A. Clifton Black, Attorney at Law
916 Bryan Street
Kissimmee, FL 34741
Email: cblack@cliftonblack.com

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By First Class Mail:
Timothy J. Van Dyke
1716 North Shore Terrace
Orlando, FL 32804